# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 05, 2016

Mr. Calvin Hammock
5106 Brown Street
Davenport, IA 52806

  RE: 16-1301 Calvin Hammock v. NASA Headquarters, et al

Dear Mr. Hammock:

  The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

  Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

  The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

  The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should contact the court reporter at the district court and make arrangements for production and payment. If you cannot afford a transcript and you have in forma pauperis status, you may file a motion with this court seeking preparation of a transcript at government expense. If you do not have in forma pauperis status and cannot afford a transcript, you must file a motion with the district court for permission to appeal as a poor person. Please note the motions for appointment of counsel are rarely granted in pro se civil cases.

  The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

  Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

LAB

Enclosure(s)

cc:     Mr. Philip A. Burian
        Mr. Christopher Cardaci
        Ms. Espnola Cartmill
        Ms. Terri Combs
        Amanda James
        Ms. Kelsey J. Knowles
        Ms. Marjorie Krahn
        Mr. Todd M. Lantz
        Ms. Mary Clare Luxa
        Mr. Dennis L. Puckett
        Mr. Michael R. Reck
        Mr. Mark E. Weinhardt

District Court/Agency Case Number(s):   3:15-cv-00111-JAJ

**Caption For Case Number:   16-1301**

Calvin Hammock

       Plaintiff - Appellant

v.

NASA Headquarters; Department of Defense; Space Exploration Technologies Space X; Apple; Blackberry (Curve) Corporation; Virgin Mobile; Mediacom WiFi; American Water Iowa; Unknown Defendants

       Defendants - Appellees

**Addresses For Case Participants:  16-1301**

Mr. Calvin Hammock
5106 Brown Street
Davenport, IA  52806

Mr. Philip A. Burian
SIMMONS & PERRINE
1200 Firstar Bank Building
115 Third Street, S.E.
Cedar Rapids, IA  52401-0000

Mr. Christopher Cardaci
Suite 220E
1030 15th Street, N.W.
Washington, DC  20005

Ms. Espnola Cartmill
BELIN & MCCORMICK
2000 Financial Center
666 Walnut Street
Des Moines, IA  50309-0000

Ms. Terri Combs
FAEGRE & BAKER
801 Grand Avenue
33rd Floor
Des Moines, IA  50309-8011

Amanda James
SULLIVAN & WARD
Suite 200
6601 Westown Parkway
West Des Moines, IA  50266-0000

Ms. Kelsey J. Knowles
BELIN & MCCORMICK
2000 Financial Center
666 Walnut Street
Des Moines, IA  50309-0000

Ms. Marjorie Krahn
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Mr. Todd M. Lantz
WEINHARDT & LOGAN
Suite 450
2600 Grand Avenue
Des Moines, IA  50312

Ms. Mary Clare Luxa
U.S. ATTORNEY'S OFFICE
286 U.S. Courthouse Annex
110 E. Court Avenue
Des Moines, IA  50309-2053

Mr. Dennis L. Puckett
SULLIVAN & WARD
Suite 200
6601 Westown Parkway
West Des Moines, IA  50266-0000

Mr. Michael R. Reck
BELIN & MCCORMICK
2000 Financial Center
666 Walnut Street
Des Moines, IA  50309-0000

Mr. Mark E. Weinhardt
WEINHARDT & LOGAN
Suite 450
2600 Grand Avenue
Des Moines, IA  50312