16-1301  Calvin Hammock v. NASA Headquarters, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 02/05/2016

**Case Name:** Calvin Hammock v. NASA Headquarters, et al
**Case Number:** 16-1301

**Docket Text:**
Civil case docketed. [4364064] [16-1301]

**The following document(s) are associated with this transaction:**
Document Description: None

**Notice will be mailed to:**

Mr. Christopher Cardaci
Suite 220E
1030 15th Street, N.W.
Washington, DC  20005

Mr. Calvin Hammock
5106 Brown Street
Davenport, IA  52806

**Notice will be electronically mailed to:**

Mr. Philip A. Burian: pburian@simmonsperrine.com
Ms. Espnola Cartmill: efcartmill@belinmccormick.com
Ms. Terri Combs: terri.combs@faegrebd.com, mrodd@faegre.com
Amanda James: ajames@sullivan-ward.com
Ms. Kelsey J. Knowles: kjknowles@belinmccormick.com, swineland@belinmccormick.com
Ms. Marjorie Krahn: IASDAppeals@iasd.uscourts.gov
Mr. Todd M. Lantz: tlantz@weinhardtlogan.com, mbaldus@weinhardtlogan.com,lkreutzman@weinhardtlogan.com
Ms. Mary Clare Luxa: mary.luxa@usdoj.gov, usaias.nef8circuit@usdoj.gov,jan.beane@usdoj.gov,marc.krickbaum@usdoj.gov,dawn.thomas@usdoj.gov,shelly.robertson@usdoj.gov,kathy.ryan@usdoj.gov
Mr. Dennis L. Puckett: dpuckett@sullivan-ward.com, sturner@sullivan-ward.com
Mr. Michael R. Reck: mrreck@belinmccormick.com, abrenizer@belinmccormick.com,tpodliska@belinmccormick.com
Mr. Mark E. Weinhardt: mweinhardt@weinhardtlogan.com, lkreutzman@weinhardtlogan.com,mbaldus@weinhardtlogan.com