# U.S. District Court
# Southern District of Iowa (Davenport)
# CIVIL DOCKET FOR CASE #: 3:15–cv–00111–JAJ–CFB
## *Internal Use Only*

| | |
|---|---|
| Hammock v. NASA Headquarters, et al | Date Filed: 10/16/2015 |
| Assigned to: Chief Judge John A. Jarvey | Date Terminated: 01/13/2016 |
| Referred to: Magistrate Judge Celeste F. Bremer | Jury Demand: Plaintiff |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Calvin Hammock**     represented by     **Calvin Hammock**
5106 Brown Street
Davenport, IA 52806
PRO SE

V.

**Defendant**

**NASA Headquarters**     represented by     **Mary C Luxa**
U S Attorney's Office
110 E Court Ave
Ste 286
Des Moines, IA 50309
515–473–9300
Fax: 515–473–9292
Email: Mary.Luxa@USDOJ.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Department of Defense**     represented by     **Mary C Luxa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Space Exploration Technologies Space X**     represented by     **Space Exploration Technologies Space X**
c/o Christopher Cardaci
1030 – 15th Street NW
Suite 220E
Washington, DC 20005
202 649 2716
Fax: 202 285 8834
PRO SE

**Defendant**

| | | |
|---|---|---|
| **Apple** | represented by | **Philip A Burian**<br>SIMMONS PERRINE MOYER &<br>BERGMAN PLC<br>115 THIRD STREET SE<br>SUITE 1200<br>CEDAR RAPIDS, IA 52401–1266<br>319 366 7641<br>Fax: 366 1917<br>Email: pburian@simmonsperrine.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Blackberry (Curve) Corporation** | represented by | **Mark E Weinhardt**<br>WEINHARDT & LOGAN PC<br>2600 Grand Avenue<br>Suite 450<br>Des Moines, IA 50312<br>515–564–5270<br>Email: mweinhardt@weinhardtlogan.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Todd M. Lantz**<br>WEINHARDT & LOGAN PC<br>2600 Grand Avenue<br>Suite 450<br>Des Moines, IA 50312<br>515–243–3100<br>Fax: 515–288–0407<br>Email: tlantz@weinhardtlogan.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Virgin Mobile** | represented by | **Michael R Reck**<br>BELIN MCCORMICK, P.C.<br>666 WALNUT STREET<br>SUITE 2000<br>DES MOINES, IA 50309–3989<br>515 283 4645<br>Fax: 515 558 0645<br>Email: mrreck@belinmccormick.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Espnola F. Cartmill**<br>BELIN MCCORMICK, P.C.<br>666 WALNUT STREET<br>SUITE 2000<br>DES MOINES, IA 50309–3989 |

515–283–4674
Fax: 515–558–0674
Email: efcartmill@belinmccormick.com
*ATTORNEY TO BE NOTICED*

**Kelsey J Knowles**
BELIN MCCORMICK, P.C.
666 WALNUT STREET
SUITE 2000
DES MOINES, IA 50309–3989
515 283 4631
Fax: 515 558 0631
Email: kjknowles@belinmccormick.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mediacom WiFi**     represented by     **Terri L. Combs**
FAEGRE BAKER DANIELS, LLP (IA)
801 Grand Avenue
33rd Floor
Des Moines, IA 50309–8011
515–248 9000
Fax: 248 9010
Email: terri.combs@faegrebd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Jane Thompson**
FAEGRE BAKER DANIELS, LLP (IA)
801 Grand Avenue
33rd Floor
Des Moines, IA 50309–8011
515–447–4705
Fax: 515–248–9010
Email: elizabeth.thompson@faegrebd.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Water Iowa**     represented by     **Amanda Ann James**
SULLIVAN & WARD PC
6601 WESTOWN PARKWAY
SUITE 200
WEST DES MOINES, IA 50266
515–244–3500
Fax: 515–244–3599
Email: ajames@sullivan–ward.com
*ATTORNEY TO BE NOTICED*

**Dennis L Puckett**
SULLIVAN & WARD PC
6601 WESTOWN PARKWAY

SUITE 200  
WEST DES MOINES, IA 50266  
515−247−4710  
Fax: 515−244−3599  
Email: dpuckett@sullivan−ward.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Defendants**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/16/2015 | 1 | | COMPLAINT against American Water Iowa, Apple, Blackberry (Curve) Corporation, Department of Defense, Mediacom WiFi, NASA Headquarters, Space Exploration Technologies Space X, Unknown Defendants, Virgin Mobile, filed by Calvin Hammock. Notice of Dismissal for lack of Service deadline set for 2/15/2016. Rule 16 Notice of Dismissal set for 2/15/2016. (Attachments: # 1 Exhibits) (bp ) (Entered: 10/16/2015) |
| 10/16/2015 | | | Filing fee: $ 400.00, receipt number IAS3000000788 for Filing Fee by Calvin Hammock (bp ) (Entered: 10/16/2015) |
| 10/16/2015 | 2 | | MOTION to Appoint Counsel by Calvin Hammock. Motion referred to Celeste F. Bremer. Responses due by 11/2/2015 (bp ) (Entered: 10/16/2015) |
| 10/26/2015 | 3 | | PLEADING STRICKEN PER ORDER #6 (bp ) Modified on 12/3/2015 (bp ). (Entered: 10/26/2015) |
| 11/16/2015 | 4 | | NOTICE by Calvin Hammock. (bp ) (Entered: 11/16/2015) |
| 11/25/2015 | 5 | | NOTICE of Appearance by Terri L. Combs on behalf of Mediacom WiFi (Combs, Terri) (Entered: 11/25/2015) |
| 12/03/2015 | 6 | | ORDER denying 2 Motion to Appoint Counsel and Strikes the Amend to Complaint and Exhibits. Signed by Senior Judge Charles R. Wolle on 12/03/15. (bp) (Entered: 12/03/2015) |
| 12/04/2015 | 7 | | SUMMONS Returned Executed by Calvin Hammock. Space Exploration Technologies Space X served on 11/18/2015, answer due 12/9/2015. (bp ) (Entered: 12/04/2015) |
| 12/04/2015 | 8 | | SUMMONS Returned Executed by Calvin Hammock. Apple served on 11/17/2015, answer due 12/8/2015. (bp ) (Entered: 12/04/2015) |
| 12/04/2015 | 12 | | SUMMONS Returned Executed by Calvin Hammock. NASA Headquarters served on 11/18/2015, answer due 1/18/2016. (bp ) (Entered: 12/09/2015) |
| 12/08/2015 | 9 | | MOTION to Dismiss by Virgin Mobile. Responses due by 12/28/2015 (Attachments: # 1 Memorandum in Support)(Cartmill, Espnola) (Entered: 12/08/2015) |
| 12/08/2015 | 10 | | NOTICE of Appearance by Philip A Burian on behalf of Apple (Burian, Philip) (Entered: 12/08/2015) |
| 12/08/2015 | 11 | | |

| | | | |
|---|---|---|---|
| | | | MOTION to Dismiss by Apple. Responses due by 12/28/2015 (Attachments: # 1 Brief in Support)(Burian, Philip) (Entered: 12/08/2015) |
| 12/09/2015 | 13 | | SUMMONS Returned Executed by Calvin Hammock. Blackberry (Curve) Corporation served on 11/18/2015, answer due 12/9/2015. (bp ) (Entered: 12/09/2015) |
| 12/09/2015 | 14 | | SUMMONS Returned Executed by Calvin Hammock. Virgin Mobile served on 11/17/2015, answer due 12/8/2015. (bp ) (Entered: 12/09/2015) |
| 12/09/2015 | 15 | | NOTICE of Appearance by Michael R Reck on behalf of Virgin Mobile (Reck, Michael) (Entered: 12/09/2015) |
| 12/09/2015 | | | Chief Judge John A. Jarvey added. Senior Judge Charles R. Wolle no longer assigned to case. (don, ) (Entered: 12/09/2015) |
| 12/09/2015 | 16 | | NOTICE of Appearance by Kelsey J Knowles on behalf of Virgin Mobile (Knowles, Kelsey) (Entered: 12/09/2015) |
| 12/10/2015 | 17 | | SUMMONS Returned Executed by Calvin Hammock. Mediacom WiFi served on 11/19/2015, answer due 12/10/2015. (bp ) (Entered: 12/10/2015) |
| 12/10/2015 | 18 | | MOTION for Default Judgment as to Space Exploration Technologies Space X by Calvin Hammock. Responses due by 12/28/2015 (bp ) (Entered: 12/10/2015) |
| 12/10/2015 | 19 | | MOTION to Dismiss by Mediacom WiFi. Responses due by 12/28/2015 (Attachments: # 1 Brief in Support)(Combs, Terri) (Entered: 12/10/2015) |
| 12/10/2015 | 20 | | BRIEF in Support of 18 MOTION for Default Judgment Against Space Exploration Technologies Space X filed by Calvin Hammock. (dmh) (Entered: 12/10/2015) |
| 12/17/2015 | 21 | | MOTION to Dismiss by Space Exploration Technologies Space X. Responses due by 1/4/2016 (Attachments: # 1 Memorandum in Support, # 2 Declaration) (bp ) (Entered: 12/17/2015) |
| 12/17/2015 | 22 | | Corporate Disclosure/Statement of Interest by Virgin Mobile. (Cartmill, Espnola) (Entered: 12/17/2015) |
| 12/18/2015 | 23 | | RESPONSE to Motion re 21 MOTION to Dismiss filed by Calvin Hammock. Replies due by 12/31/2015. (bp,) (Entered: 12/18/2015) |
| 12/18/2015 | 24 | | Corporate Disclosure/Statement of Interest by Apple. (Burian, Philip) (Entered: 12/18/2015) |
| 12/21/2015 | 25 | | RESPONSE to Motion re 9 MOTION to Dismiss , 11 MOTION to Dismiss , 19 MOTION to Dismiss filed by Calvin Hammock. Replies due by 12/31/2015. (bp ) (Entered: 12/21/2015) |
| 12/21/2015 | 26 | | MOTION for Default Judgment as to Blackberry Curve Corp. by Calvin Hammock. Responses due by 1/7/2016 (Attachments: # 1 Brief in Support) (bp) (Entered: 12/21/2015) |
| 12/21/2015 | 27 | | Corporate Disclosure/Statement of Interest by Mediacom WiFi. (Combs, Terri) (Entered: 12/21/2015) |
| 12/28/2015 | 28 | | SUMMONS Returned Executed by Calvin Hammock. Department of Defense served on 11/20/2015, answer due 1/19/2016. (bp ) (Entered: 12/28/2015) |

| 12/28/2015 | 29 | | REPLY *to Resistance to Motion to Dismiss* re 11 MOTION to Dismiss filed by Apple.(Burian, Philip) (Entered: 12/28/2015) |
|---|---|---|---|
| 12/29/2015 | 30 | | REPLY *Brief in Further Support* re 19 MOTION to Dismiss filed by Mediacom WiFi.(Combs, Terri) (Entered: 12/29/2015) |
| 12/29/2015 | 31 | | REPLY re 21 MOTION to Dismiss filed by Space Exploration Technologies Space X. (bp ) (Entered: 12/29/2015) |
| 12/29/2015 | 32 | | NOTICE of Appearance by Todd M. Lantz on behalf of Blackberry (Curve) Corporation (Lantz, Todd) (Entered: 12/29/2015) |
| 12/29/2015 | 33 | | NOTICE of Appearance by Mark E Weinhardt on behalf of Blackberry (Curve) Corporation (Weinhardt, Mark) (Entered: 12/29/2015) |
| 12/30/2015 | 34 | | SUMMONS Returned Executed by Calvin Hammock. American Water Iowa served on 12/22/2015, answer due 1/12/2016. (bp ) (Entered: 12/30/2015) |
| 12/30/2015 | 35 | | RESPONSE to Defendant, Space Exploration Technologies Reply, re: 21 MOTION to Dismiss filed by Calvin Hammock. (bp ) (Entered: 12/30/2015) |
| 12/30/2015 | 36 | | RESPONSE to Defendant, Apple's Reply, re: 11 MOTION to Dismiss filed by Calvin Hammock. (bp ) (Entered: 12/30/2015) |
| 12/30/2015 | 37 | | RESPONSE to Defendant, Mediacoms (MCC Iowa LLC) Reply, re: 19 MOTION to Dismiss filed by Calvin Hammock. (bp ) (Entered: 12/30/2015) |
| 12/31/2015 | 38 | | REPLY re 9 MOTION to Dismiss filed by Virgin Mobile.(Cartmill, Espnola) (Entered: 12/31/2015) |
| 01/04/2016 | 39 | | Errata, re: 28 Summons Returned Executed as to Department of Defense filed by Calvin Hammock. (bp ) (Entered: 01/04/2016) |
| 01/04/2016 | 40 | | RESPONSE to Defendant, Virgin Mobile's Reply, re 9 MOTION to Dismiss filed by Calvin Hammock. (bp ) (Entered: 01/04/2016) |
| 01/04/2016 | 41 | | NOTICE of Appearance by Elizabeth Jane Thompson on behalf of Mediacom WiFi (Thompson, Elizabeth) (Entered: 01/04/2016) |
| 01/05/2016 | 42 | | NOTICE of Appearance by Dennis L Puckett on behalf of American Water Iowa (Puckett, Dennis) (Entered: 01/05/2016) |
| 01/05/2016 | 43 | | NOTICE of Appearance by Amanda Ann James on behalf of American Water Iowa (James, Amanda) (Entered: 01/05/2016) |
| 01/06/2016 | 44 | | NOTICE of Appearance by Mary C Luxa on behalf of Department of Defense (Luxa, Mary) (Entered: 01/06/2016) |
| 01/06/2016 | 45 | | MOTION to Quash *Service of Process and Resistance to Motion for Default Judgment* by Blackberry (Curve) Corporation.Motions referred to Celeste F. Bremer. Responses due by 1/25/2016 (Attachments: # 1 Memorandum in Support, # 2 Affidavit)(Lantz, Todd) (Entered: 01/06/2016) |
| 01/11/2016 | 46 | | MOTION to Dismiss by American Water Iowa. Responses due by 1/28/2016 (Attachments: # 1 Brief in Support)(James, Amanda) (Entered: 01/11/2016) |
| 01/11/2016 | 47 | | Corporate Disclosure/Statement of Interest by American Water Iowa. (James, Amanda) (Entered: 01/11/2016) |

| 01/12/2016 | 48 |    | MOTION for Extension of Time to File Answer re 1 Complaint, by Department of Defense, NASA Headquarters.Motions referred to Celeste F. Bremer. (Luxa, Mary) (Entered: 01/12/2016) |
|---|---|---|---|
| 01/13/2016 | 49 | 8 | ORDER granting 45 Motion to Quash; granting 46 Motion to Dismiss; finding as moot 48 Motion for Extension of Time to Answer; granting 9 Motion to Dismiss; granting 11 Motion to Dismiss; finding as moot 18 Motion for Default Judgment; granting 19 Motion to Dismiss; granting 21 Motion to Dismiss; finding as moot 26 Motion for Default Judgment. The clerk shall enter judgment in favor of the defendants and against the plaintiff. Signed by Chief Judge John A. Jarvey on 1/13/2016. (mem) (Entered: 01/13/2016) |
| 01/13/2016 | 50 | 10 | JUDGMENT in favor of Defendants and against Calvin Hammock. Signed by Deputy Clerk R. Johnson for Clerk Marjorie Krahn on 1/13/2016. (rmj) (Entered: 01/13/2016) |
| 01/22/2016 | 51 | 11 | NOTICE OF APPEAL as to 49 Order on Motion to Quash, Order on Motion to Dismiss, Order on Motion for Extension of Time to Answer, Order on Motion for Default Judgment, 50 Judgment by Calvin Hammock. Fee paid in the amount of $505.00, Receipt #IAS300000821. (bp ) (Correct received date and Main Document 51 replaced on 1/22/2016. Resent NEF) (bp, ). (Entered: 01/22/2016) |
| 01/26/2016 | 52 | 16 | NOTIFICATION OF APPEAL and NOA Supplement by District Court Clerk to USCA re 51 Notice of Appeal, filed on 1/22/2016. (vr) (Entered: 01/26/2016) |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| CALVIN HAMMOCK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NASA HEADQUARTERS, et al.,<br><br>　　　　　Defendants. | No. 3:15cv0111-JAJ<br><br><br><br><br>**ORDER** |

　　　This matter comes before the court pursuant to motions to dismiss filed on December 8, 2015 by defendant Virgin Mobile [Dkt. 9], on December 8, 2015 by defendant Apple [Dkt. 11], on December 10, 2015 by defendant Mediacom [Dkt. 19], on December 17, 2015 by defendant Space Exploration Technologies X [Dkt. 21], on January 11, 2016 by defendant American Water Iowa [Dkt. 46] and the Motion to Quash Service of Process filed January 6, 2016 by Blackberry (Curve) Corporation [Dkt. 45]. These motions are granted. All other pending motions are denied as moot.

　　　Plaintiff's complaint alleges that on May 22, 2012, he was in the basement of his home watching the NASA Space X Falcon Engine Dragon lift off on his Apple Macbook Pro laptop while using Mediacom Wifi network and while plaintiff's Blackberry Curve cellular telephone was on using the Virgin Mobile wireless network and with an Iowa American Water smart meter wireless network on. "During liftoff, plaintiff felt the back of his cerebellum vibrate for fifteen to twenty-five seconds as a pain sensation that plaintiff has not felt since that exact pain sensation although there have been similar frequency sensations dealing with plaintiff's head." The plaintiff further alleges that since the injury of that vibration to plaintiff's cerebellum, plaintiff has felt pain shocks to the body in the areas of anus, testicles, side of rib cage, heart vibrations, chest, and head as some sort of microwave maser harassment and targeting by directed energy weapons. See Complaint, [Dkt. 1 at ¶¶ 12-14].

　　　The defendants move to dismiss for various reasons including failure to state a claim upon which relief can be granted, violation of the statute of limitations, failure to

demonstrate that non-government defendants are "state actors" within the meaning of 42 U.S.C. § 1983, and lack of allegations concerning a discriminatory motive pursuant ot 42 U.S.C. § 1985.  The court grants the motions to dismiss and to quash for each of the reasons cited by the defendants.  At its core, this complaint fails to include sufficient facts to state a claim for relief that is plausible on its face.  <u>Ashcroft v. Iqbal</u>, 556 U.S. 662 (2009); <u>Bell Atlantic Corp. v. Twombly</u>, 550 U.S. 544 (2007).  The non-governmental entities sued in this matter are not state actors for purposes of 42 U.S.C. § 1983.  The complaint was not filed within the statute of limitations.

Upon the foregoing,

**IT IS ORDERED** that the pending motions to dismiss and to quash service of process are all granted.  All other pending motions are denied as moot.  The clerk shall enter judgment in favor of the defendants and against the plaintiff.

**DATED** this 13th day of January, 2016.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Jan 26 2016 p9
Appellate Case: 16-1301     Page: 9     Date Filed: 02/05/2016 Entry ID: 4364070

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Plaintiff | JUDGMENT IN A CIVIL CASE |
| v | |
| | CASE NUMBER: |
| Defendant | |

JURY VERDICT . This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Date:                                                    CLERK, U.S. DISTRICT COURT

                                                         _____
                                                         By: Deputy Clerk

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF IOWA

Calvin Hammock
5106 Brown Street
Davenport, Iowa 52806



Plaintiff/ Petitioner
Pro Se

Case No. 3:15-cv-00111-JAJ-CFB

**NOTICE OF APPEAL**

vs

NASA HEADQUARTERS, DEPARTMENT OF DEFENSE, SPACE EXPLORATION TECHNOLOGIES SPACE X, APPLE, BLACKBERRY, CURVE CORP. VIRGIN MOBILE, MEDIACOM MCC IOWA LLC, AMERICAN WATER IOWA , ANY YET UN-IDENTIFIED ENTITIES , PERSONS, SATELLITES, GOVT AGENCIES, GOVT. TECHNOLOGIES, INTERAGENCIES, FUSION CENTER PARTICIPANT PARTNERS CORPORATIONS, COMPANIES, SOFTWARE USED BY AND WITH STATE ACTORS & TEMPORARY STATE ACTORS

**DEFENDANTS**

# NOTICE OF APPEAL

**COMES NOW the PLAINTIFF** Pro se, so moves this Court pursuant to 28 USC 2107 and Federal Rules of Appellate Procedure Rule 3(c) governing Notice of Appeal to appeal to the United States Court of Appeals for the Eighth Circuit the **ORDER "dated" JANUARY 13, 2015** by Judge JOHN JARVEY.

Plaintiff is filing this Notice of Appeal to appeal the Order granting Defendant Apples Motion to Dismiss dated December 8, 2015, Defendants Virgin Mobiles Motion to Dismiss dated December 8, 2015, Defendants Mediacom (d/b/a) MCC IOWA LLC Motion to Dismiss dated December 10. 2015, Defendant Space Explorations Technology Motion to Dismiss dated December 17, 2015, Defendant Blackberry Corporation Motion to Quash Service of Process **filed JANUARY 6, 2013**, Defendant American Iowa Water (aka Iowa American Water) Motion to Dismiss **filed JANUARY 11, 2016**, Plaintiff also seeks Notice of Appeal of ASSISTANT U.S. ATTORNEY Mary Luxa's **MOTION FOR EXTENSION OF TIME filed JANUARY 12, 2016** to answer Plaintiff's Complaint, as asst. U.S. Attorney Mary Luxa is the Attorney for Defendants NASA and

DEPARTMENT OF DEFENSE by which JUDGE JOHN JARVEY made 'moot' in his ORDER dated JANUARY 13, 2015.

Date: January 22, 2016

Notary: Subscribed and sworn on January 22, 2015

AMY M. EMERY
Commission Number 765036
My Commission Expires
10/05/2016

## CERTIFICATE OF SERVICE

I hereby certify that I am placing in the U.S. Mail a copy of this Notice to Appeal to ALL Defendants and/or Defendants Attorneys on January 22, 2016.

Dated: January 22, 2016

Notary: Subscribed and sworn on January 22, 2016

AMY M. EMERY
Commission Number 765036
My Commission Expires
10/05/2016

3

MARY C. LUXA
ASST U.S. Attorney for Defendant NASA & DEPARTMENT OF DEFENSE
U.S. Courthouse Annex
　2nd Floor
110 E. Court Ave
Des Moines, Iowa 50309

United States Attorney's General
Department of Justice
Main Justice Building
10th & Constitution Avenue
Washington, DC 20530

Christopher Cardaci
Space Exploration Technologies
1030 15th St. N.W.  Suite 220 E
Washington, D.C. 20005

Space Explorations Technologies (SPACE X)
1 Rocket Road
Hawthorne, California 90250

Phillip A Burian Attorney for APPLE INC
Simmons, Perrine, Moyer, Bergman, PLC
115 Third Street SE, Suite 1200
Cedar Rapids, Iowa 52401

Blackberry (Curve) Corporation
6700 Koll Center Parkway #200
Pleasanton, California 94566

Mark Weinhardt   Limited Appearance for Blackberry
2600 Grand Avenue Suite 450
Des Moines, Iowa 50312

Todd M Lantz   Limited Appearance for Blackberry
2600 Grand Ave Suite 450

Des Moines, Iowa 50312

Micheal R. Reck  Attorney for Virgin Mobile
666 Walnut Street Suite 200
Belin McCormick
Des Moines, Iowa 50309-3989

Kelsey J. Knowles   Attorney for Virgin Mobile
666 Walnut Street Suite 200
Belin McCormick
Des Moines,  Iowa  50309-3989

Espinola F. Cartmill   Attorney for Virgin Mobile
666 Walnut Street Suite 200
Belin McCormick
Des Moines, Iowa 50309


Terri L. Combs        Attorney for MCC Iowa, LLC, d/b/a/ Mediacom
Faegre Baker Daniels LLP
801 Grand Avenue 33rd Floor
Des Moines, Iowa 50309

Elizabeth J. Thompson    Attorney for MCC Iowa, LLC, d/b/a/ Mediacom
Faegre Baker Daniels LLP
801 Grand Avenue 33rd Floor
Des Moines, Iowa 50309

Dennis L. Pluckett for    Iowa American Water
6601 Westown Parkway Suite 200
West Des Moines, Iowa 50266

Amanda Ann Jones       Iowa American Water
6601 Westown Parkway Suite 200
West Des Moines, Iowa 50266

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA
OFFICE OF THE CLERK
P. O. BOX 9344
DES MOINES, IA. 50306-9344
515-284-6248

# Civil Case Notice of Appeal Supplement

COUNSEL FOR APPELLANT PLEASE COMPLETE AND SUBMIT WITH NOTICE OF APPEAL

**Case Name:** _____ vs. _____

**District Court Case #** ____:____- cv - _____

**Appeal Fee ($505.oo) Status**   Pd___   IFP___   Pending ___   Govt. Appeal ___

**Counsel  Appointed** ____   **CJA** ____   **Retained** ____   **Pro Se** ____

**Appeal filed by**   Counsel____   Pro Se____

**Any reason why counsel should not be appointed** _____

**Pending post Judgment motions:**   Yes___ No___

**Type of Motion(s)** _____

**High Public Interest Case**   Yes_____ No_____

**Simultaneous Opinion Release Requested**   Yes____ No____

**Trial  Held**   Yes_____ No_____

**Jury Trial  Held**   Yes_____ No_____

**Court Reporter**   Yes ____ No_____   **Length of Trial** _____

**Reporter's  Name** _____

**Address** _____
_____

**Phone** _____

**Transcript Ordered**   Yes_____ No_____

**Appealing:**   Order prior to final judgment ____   Final Judgment____

**Completed Form "A" Enclosed**   Yes_____ No____