APPEARANCE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

**NO.** 16-1301

Calvin Hammock

**vs.**

NASA Headquarters, et. al.

**The Clerk will enter my appearance as Counsel for the following party(s): (please specify)** Apple Inc.

s/ Philip A. Burian
**ATTORNEY NAME**

Simmons Perrine Moyer Bergman, PLC
**FIRM NAME**

115 Third Street SE, Suite 1200
**STREET or P.O. BOX**

Cedar Rapids, IA 52401
**CITY, STATE, ZIP**

319-366-7641
**OFFICE PHONE NUMBER**

319-366-1917
**FACSIMILE NUMBER**

pburian@simmonsperrine.com
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

✓ I hereby certify that on February 8, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

✓ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:
Christopher Cardace, Suite 220E, 1030 15th Street NW, Washington, DC 20005
Calvin Hammock, 5106 Brown Street, Davenport, IA 52806.

s/ Philip A. Burian