PLEASE RETURN FOR FILING

# IMMEDIATELY

APPEARANCE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NO. __16-1301__

CALVIN HAMMOCK
_____

vs.

NASA HEADQUARTERS, ET AL.
_____

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Appellee Blackberry (Curve) Corporation

_____

s/ Mark E. Weinhardt
_____
**ATTORNEY NAME**

Weinhardt & Logan, P.C.
_____
**FIRM NAME**

2600 Grand Avenue, Suite 450
_____
**STREET or P.O. BOX**

Des Moines, IA  50312
_____
**CITY, STATE, ZIP**

515-244-2100
_____
**OFFICE PHONE NUMBER**

515-288-0407
_____
**FACSIMILE NUMBER**

mweinhardt@weinhardtlogan.com
_____
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

[✓] I hereby certify that on __February 8, 2016__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

[✓] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:
Calvin Hammock

s/ Michele Baldus