UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| CALVIN HAMMOCK, | Appeal No. 16-1301 |
| Appellant, | |
| v. | |
| NASA HEADQUARTERS, DEPARTMENT OF DEFENSE, SPACE EXPLORATION TECHNOLOGIES SPACE X, APPLE, BLACKBERRY (CURVE) CORPORATION, VIRGIN MOBILE, MEDIACOM WIFI, AMERICAN WATER IOWA, ANY YET UN-IDENTIFIED ENTITIES, PERSONS, SATELLITES, GOVT. AGENCIES, GOVT. TECHNOLOGIES, INTER AGENCIES, FUSION CENTER PARTICIPANT PARTNERS CORPORATIONS, COMPANIES, SOFTWARE USED BY AND WITH STATE ACTORS AND TEMPORARY STATE ACTORS | **CORPORATE DISCLOSURE STATEMENT** |
| Appellees. | |

Appellee MCC Iowa, LLC, d/b/a Mediacom—incorrectly identified as Mediacom WIFI in the original Summons and Complaint—by and through its undersigned counsel, hereby submits the following information pursuant to Eighth Circuit Local Rule 26.1A and Federal Rule of Appellate Procedure 26.1(a):

1. MCC Iowa, LLC d/b/a Mediacom is a limited liability corporation.

2. MCC Iowa, LLC's sole member is Mediacom Broadband LLC, which has as its sole member Mediacom Communications Corporation, a privately-held company.

3. Mediacom Communications Corporation is a fully owned subsidiary of JMCC Corporation, another privately-held company.

4. No publicly-held company owns 10% or more of MCC Iowa, LLC's stock.

1

Dated: February 12, 2016.                FAEGRE BAKER DANIELS LLP

/s/ Terri L. Combs
Terri L. Combs, *Lead Counsel*
*terri.combs@FaegreBD.com*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
Facsimile: (515) 248-9010
**Attorney for Appellee**
**MCC Iowa, LLC d/b/a Mediacom**

## Certificate of Service

The undersigned hereby certifies that on February 12, 2016, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that the following parties are not CM/ECF users and I have mailed the foregoing Corporate Disclosure Statement by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

Calvin Hammock
5106 Brown Street
Davenport, Iowa 52806
*Appellant*

Christopher Cardace
Space Exploration Technologies Corp., *pro se*
1030 15th Street NW, Suite 220E
Washington, DC 20005
*Senior Counsel for Space Exploration Technologies Corp*

/s/ Terri L. Combs