# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| CALVIN HAMMOCK,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>NASA HEADQUARTERS, ET AL,<br><br>    Defendants-Appellees | Appeal No.: 16-1301<br><br>**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT APPELLEE IOWA-AMERICAN WATER COMPANY** |

    Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1A of the rules of this Court, Iowa-American Water Company, incorrectly named as American Water Iowa in the Court below, provides the following information to the Court:

    1. Iowa-American Water Company is a Corporation organized under Iowa law for the purpose, among other things, of providing water to residences and businesses in Iowa.

    2. The address of the corporate headquarters of Iowa-American Water Company is 5201 Grand Avenue, Davenport, Iowa 52807

    3. Iowa-American Water Company is a wholly owned subsidiary of American Water Works Company, Inc., a publicly traded company which owns 10% or more of Iowa-American Water Company.

    4. The only entity with a direct connection to this litigation is Iowa-American Water Company. American Water Works Company, Inc. has 100% stock ownership interest in Iowa-American Water Company.

Appellate Case: 16-1301    Page: 1    Date Filed: 02/12/2016 Entry ID: 4366779

Respectfully submitted,

SULLIVAN & WARD, P.C.

By: */s/Amanda A. James*
Amanda A. James AT0009824
Dennis L. Puckett AT000
Sullivan & Ward, P.C.
6601 Westown Parkway, Suite 200
West Des Moines, IA 50266
Phone: 515-244-3500
Facsimile: 515-244-3599
Email: Ajames@sullivan-ward.com
Email: dpuckett@sullivan-ward.com

## Certificate of Service

The undersigned hereby certifies that on February 12, 2016 I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that the following parties are not CM/ECF users and I have mailed the foregoing Corporate Disclosure Statement by First-Class Mail, postage prepaid, the the following non-CM/ECF participants:

Calvin Hammock
5106 Brown Street
Davenport, Iowa 52806
*Appellant*

Christopher Cardaci
Space Exploration Technologies Corp., *pro se*
1030 15th Street NW Suite 2208
Washington, D.C. 20005
*Senior Counsel for Space Exploration Technologies Corp*

/s/ *Theresa J. Edman*