IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| CALVIN HAMMOCK, <br><br> Plaintiff/Appellant, <br><br> v. <br><br> NASA HEADQUARTERS, CHARLES BOLDEN ADMINISTRATOR; DEPARTMENT OF DEFENSE, SECRETARY OF DEFENSE; SPACE EXPLORATION TECHNOLOGIES SPACE X; APPLE; BLACKBERRY (CURVE) CORPORATION; VIRGIN MOBILE; MEDIACOM WIFI; AMERICAN WATER IOWA; ANY YET UN-IDENTIFIED ENTITIES, PERSONS, SATELLITES, GOVT. AGENCIES, GOVT. TECHNOLOGIES, INTER AGENCIES, FUSION CENTER PARTICIPANT PARTNERS CORPORATIONS, COMPANIES, SOFTWARE USED BY AND WITH STATE ACTORS AND TEMPORARY STATE ACTORS, <br><br> Defendants/Appellees. | Case No. 16-1301 <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **DEFENDANT-APPELLEE VIRGIN MOBILE'S DISCLOSURE STATEMENT** |

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 26.1A of the Rules of this Court, Defendant-Appellee Virgin Mobile[1] states as follows:

The following entities have an interest in this litigation: Virgin Mobile USA, L.P.; Sprint Ventures, Inc.; Bluebottle USA Holdings, L.P.; Virgin Mobile USA, Inc.; VMU SP1, LLC; and Sprint Corporation. Bluebottle USA Holdings, L.P., Virgin Mobile USA, Inc. and Sprint Ventures, Inc. each have an economic interest in Virgin Mobile USA, L.P. VMU SP1, LLC owns 100% of the voting interest in Virgin Mobile USA, L.P. Virgin Mobile USA, L.P. is an

---

[1] The proper legal name for this entity is Virgin Mobile USA, L.P.

- 1 -

Appellate Case: 16-1301    Page: 1    Date Filed: 02/12/2016 Entry ID: 4366919

indirect subsidiary of Sprint Corporation. No other company owns more than a 10% interest in any of these companies.

Respectfully submitted,

BELIN McCORMICK, P.C.

By _____
    Michael R. Reck         *Lead Counsel*
    Kelsey J. Knowles
    Espnola F. Cartmill

666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Telephone:  (515) 283-4645
Facsimile:  (515) 558-0645
E-mail:  mrreck@belinmccormick.com
        kjknowles@belinmccormick.com
        efcartmill@belinmccormick.com
ATTORNEYS FOR DEFENDANT/APPELLEE
VIRGIN MOBILE

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the parties to this action by serving a copy upon each party listed below on __February 12__, 2016, by

☒ Electronic Filing System    ☒ Other U.S. Mail

| | |
|---|---|
| Calvin Hammock<br>5106 Brown Street<br>Davenport, IA 52806<br>*Pro Se Plaintiff*<br>(via U.S. Mail) | Christopher Cardaci<br>1030 15th Street NW, Suite 220E<br>Washington, DC 20005<br>*Attorney for Space Exploration Technologies Space X*<br>(via U.S. Mail) |
| Mary C. Luxa<br>Assistant United States Attorney<br>U.S. Courthouse Annex, 2nd Floor<br>110 E. Court Avenue<br>Des Moines, IA 50309<br>*Attorneys for Department of Defense and NASA Headquarters*<br>(via Electronic Filing System) | Mark E. Weinhardt<br>Todd M. Lantz<br>Weinhardt & Logan, P.C.<br>2600 Grand Avenue, Suite 450<br>Des Moines, IA 50312<br>*Attorneys for Defendant Blackberry (Curve) Corporation*<br>(via Electronic Filing System) |

Philip A. Burian
Simmons Perrine Moyer Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
*Attorneys for Apple, Inc.*
(via Electronic Filing System)

Terri L. Combs
Elizabeth J. Thompson
Faegre Baker Daniels, LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
*Attorneys for MCC Iowa, LLC d/b/a Mediacom*
(via Electronic Filing System)

Dennis L. Puckett
Amanda A. James
Sullivan & Ward, P.C.
6601 Westown Parkway, Suite 200
West Des Moines, IA 50266
*Attorney for American Water Iowa*
(via Electronic Filing System)

Signature: *Shannon Olson*