UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| CALVIN HAMMOCK, | ) | |
| Plaintiff/Appellant | ) | |
| | ) | |
| vs. | ) | Appeal No. 16-1301 |
| | ) | |
| NASA HEADQUARTERS, DEPARTMENT | ) | |
| OF DEFENSE, SPACE EXPLORATION | ) | |
| TECHNOLOGIES SPACE X, APPLE, | ) | |
| BLACKBERRY (CURVE) CORPORATION, | ) | |
| VIRGIN MOBILE, MEDIACOM WIFI, | ) | **APPLE INC.'S F. R. APP. P. 26.1** |
| AMERICAN WATER IOWA, ANY YET | ) | **CORPORATE DISCLOSURE** |
| UN-IDENTIFIED ENTITIES, PERSONS, | ) | **STATEMENT** |
| SATELLITES, GOVT. AGENCIES, GOVT. | ) | |
| TECHNOLOGIES INTER AGENCIES, | ) | |
| FUSION CENTER PARTICIPANT | ) | |
| PARTNERS CORPORATIONS, | ) | |
| COMPANIES, SOFTWARE USED BY AND | ) | |
| WITH STATE ACTORS AND | ) | |
| TEMPORARY STATE ACTORS, | ) | |
| Defendants/Appellees | ) | |

Apple Inc. states the following information pursuant to F.R. APP. P. 26.1:

Apple Inc. has no parent corporations and there is no publicly held company that owns
10% or more of Apple Inc.'s stock.

/s/ Philip A. Burian
PHILIP A. BURIAN
*Simmons Perrine Moyer Bergman PLC*
115 Third Street SE, Suite 1200
Cedar Rapids, IA  52401
Ph: 319-366-7641 / Fax: 319-366-1917
E-Mail:  pburian@simmonsperrine.com
*ATTORNEYS FOR APPLE INC.*

**Certificate of Service**

The undersigned hereby certifies that on February 15, 2016, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that the following parties are not CM/ECF users and I have mailed the foregoing Corporate Disclosure Statement by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

Calvin Hammock
5106 Brown Street
Davenport, Iowa 52806
*Appellant*

Christopher Cardace
Space Exploration Technologies Corp., *pro se*
1030 15th Street NW, Suite 220E
Washington, DC 20005
*Senior Counsel for Space Exploration Technologies Corp*

/s/ Philip A. Burian
Philip A. Burian

2