# IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| CALVIN HAMMOCK, | ) | |
| | ) | Case No. 16-1301 |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NASA HEADQUARTERS, CHARLES | ) | **DEFENDANT-APPELLEE** |
| BOLDEN ADMINISTRATOR; | ) | **BLACKBERRY CORPORATION'S** |
| DEPARTMENT OF DEFENSE, | ) | **CORPORATE DISCLOSURE** |
| SECRETARY OF DEFENSE; SPACE | ) | **STATEMENT** |
| EXPLORATION TECHNOLOGIES | ) | |
| SPACE X; APPLE; BLACKBERRY | ) | |
| CURVE CORPORATION; VIRGIN | ) | |
| MOBILE; MEDIACOM MCC IOWA | ) | |
| LLC; AMERICAN WATER IOWA; | ) | |
| ANY YET UN-IDENTIFIED ENTITIES, | ) | |
| PERSONS, SATELLITES, GOVT. | ) | |
| AGENCIES, GOVT. TECHNOLOGIES, | ) | |
| INTERAGENCIES, FUSION CENTER | ) | |
| PARTICIPANT PARTNERS | ) | |
| CORPORATIONS, COMPANIES, | ) | |
| SOFTARE USED BY AND WITH | ) | |
| STATE ACTORS & TEMPORARY | ) | |
| STATE ACTORS, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |
| | ) | |

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eighth Circuit Rule of Appellate Procedure 26.1, Defendant BlackBerry Corporation ("BlackBerry") states as follows:

1.      Plaintiff named "Blackberry (Curve) Corporation" as a defendant in his lawsuit. To our knowledge, no such entity exists. The proper name of this entity is BlackBerry Corporation. By filing this motion, BlackBerry does not waive any

Appellate Case: 16-1301     Page: 1     Date Filed: 02/17/2016 Entry ID: 4367900

objections or defenses it may have based on the fact that Plaintiff has named the wrong party.

2.      BlackBerry Corporation is a wholly owned subsidiary of BlackBerry Limited.

3.      Other than BlackBerry Limited, no publicly held corporation owns 10% or more of the stock of BlackBerry Corporation.

WEINHARDT & LOGAN, P.C.

By _____

Mark E. Weinhardt                  AT0008280
Todd M. Lantz                      AT0010162

2600 Grand Avenue, Suite 450
Des Moines, IA  50312
Telephone: (515) 244-3100
E-mail:  mweinhardt@weinhardtlogan.com
         tlantz@weinhardtlogan.com

ATTORNEYS FOR DEFENDANT
BLACKBERRY CORPORATION

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action electronically via CM/ECF and by serving a copy upon the parties below via U.S. Mail on _____, 2016:

Calvin Hammock
5106 Brown Street
Davenport, IA 52806

Signature: _____

Appellate Case: 16-1301     Page: 2     Date Filed: 02/17/2016 Entry ID: 4367900