PLEASE RETURN FOR FILING
# IMMEDIATELY

## APPEARANCE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NO. 16-1301

CALVIN HAMMOCK,

vs.

SPACE EXPLORATION TECHNOLOGIES SPACE X, et al.,

**The Clerk will enter my appearance as Counsel for the following party(s):**
(please specify) Space Exploration Technologies Space X

s/ Cameron A. Davidson
ATTORNEY NAME

Pappas Davidson O'Connor & Fildes, P.C.
FIRM NAME

1617 Second Avenue, Suite 300
STREET or P.O. BOX

Rock Island, IL 61201
CITY, STATE, ZIP

309-788-7110
OFFICE PHONE NUMBER

309-788-2773
FACSIMILE NUMBER

cdavidson@pdoflegal.com
E-MAIL ADDRESS

## CERTIFICATE OF SERVICE

[✓] I hereby certify that on February 19, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

.

s/ Cameron A. Davidson

Appellate Case: 16-1301    Page: 1    Date Filed: 02/19/2016 Entry ID: 4369102