16-1301  Calvin Hammock v. NASA Headquarters, et al

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 03/16/2016

**Case Name:**   Calvin Hammock v. NASA Headquarters, et al
**Case Number:**  16-1301

**Docket Text:**
**BRIEF FILED** - APPELLANT BRIEF filed by Mr. Calvin Hammock. w/service 03/16/2016 ,
Length: 39
**Brief of American Water Iowa, Apple, Blackberry (Curve) Corporation, Department of
Defense, Mediacom WiFi, NASA Headquarters, Space Exploration Technologies Space X,
Unknown Defendants and Virgin Mobile due on 04/15/2016** [4378464] [16-1301]

**The following document(s) are associated with this transaction:**
Document Description:  Appellant's Brief Filed

**Notice will be mailed to:**

Mr. Calvin Hammock
5106 Brown Street
Davenport, IA  52806

**Notice will be electronically mailed to:**

Mr. Philip A. Burian: pburian@simmonsperrine.com, mlarson@simmonsperrine.com
Ms. Espnola Cartmill: efcartmill@belinmccormick.com, solson@belinmccormick.com
Ms. Terri Combs: terri.combs@faegrebd.com,
paulette.ohnemus@faegrebd.com,Elizabeth.thompson@faegrebd.com
Mr. Cameron A. Davidson: cdavidson@pdoflegal.com,
asmith@pdoflegal.com,awright@pdoflegal.com,pmaas@pdoflegal.com,jwright@pdoflegal.com
Ms. Amanda A. James: ajames@sullivan-ward.com, tedman@sullivan-ward.com
Ms. Kelsey J. Knowles: kjknowles@belinmccormick.com, solson@belinmccormick.com
Mr. Todd M. Lantz: tlantz@weinhardtlogan.com,
mbaldus@weinhardtlogan.com,lkreutzman@weinhardtlogan.com
Ms. Mary Clare Luxa: mary.luxa@usdoj.gov,
usaias.nef8circuit@usdoj.gov,jan.beane@usdoj.gov,marc.krickbaum@usdoj.gov,dawn.thomas@
usdoj.gov,shelly.robertson@usdoj.gov,kathy.ryan@usdoj.gov
Mr. Dennis L. Puckett: dpuckett@sullivan-ward.com, tedman@sullivan-ward.com
Mr. Michael R. Reck: mrreck@belinmccormick.com,
abrenizer@belinmccormick.com,tpodliska@belinmccormick.com
Mr. Mark E. Weinhardt: mweinhardt@weinhardtlogan.com,
lkreutzman@weinhardtlogan.com,mbaldus@weinhardtlogan.com