IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| CALVIN HAMMOCK, | ) |
|       Plaintiff - Appellant, | ) APPEAL NO. 16-1301 |
| | ) |
| v. | ) APPELLEE'S MOTION |
| | ) FOR ENLARGEMENT |
| NASA HEADQUARTERS, et al, | ) OF TIME TO FILE BRIEF |
| | ) |
|       Defendant - Appellee. | ) |

COMES NOW the United States of America and pursuant to Federal Rule of Appellate Procedure 26(b), moves for an enlargement of time for the filing of Appellee's Brief, and for good cause in support of this motion states the following:

1. Defendant/Appellant's Brief was filed on March 16, 2016.

2. Appellee's Brief is currently due on April 15, 2016.

3. No previous extensions have been granted to the government.

4. Defendant/Appellant will not be prejudiced by the requested extension.

5.	The undersigned counsel requires additional time in order to review the record and to adequately address the numerous issues raised in Appellant's brief.

WHEREFORE, Appellee respectfully seeks a two-week extension to April 29, 2016, in which to file its brief.

Respectfully submitted,

United States of America

Kevin E. VanderSchel
Acting United States Attorney

By: _/s/ Mary C. Luxa_
Mary C. Luxa
Assistant United States Attorney

U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9282

# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/Dawn Thomas*
Paralegal Specialist
