# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-1301

Calvin Hammock

Appellant

v.

NASA Headquarters, et al.

Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:15-cv-00111-JAJ)
_____

**ORDER**

The motion of appellees' DOD and NASA Headquarters extension of time to file the brief is granted. Appellees may have until April 29, 2016 to file the brief.

This order extends the deadline for all appellee briefs.

April 15, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans