Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 04/18/2016
**Case Name:** Calvin Hammock v. NASA Headquarters, et al
**Case Number:** 16-1301

**Docket Text:**
**BRIEF FILED** - APPELLEE BRIEF filed by American Water Iowa, Apple, Blackberry (Curve) Corporation, Mediacom WiFi and Space Exploration Technologies Space X, w/service 04/15/2016 , Length: 26 pgs
**10 COPIES OF PAPER BRIEFS FROM American Water Iowa, Apple, Blackberry (Curve) Corporation, Mediacom WiFi and Space Exploration Technologies Space X due 04/25/2016 WITH certificate of service for paper briefs**
[4389483] [16-1301]***THE DEADLINE FOR FILING APPELLANT'S REPLY BRIEF WILL BE ESTABLISHED UPON RECEIPT OF ALL APPELLEES' PAPER BRIEFS***

**The following document(s) are associated with this transaction:**
Document Description:  Appellees American Water Iowa, et al. Brief due

**Notice will be mailed to:**
Mr. Christopher Cardaci
Suite 220E
1030 15th Street, N.W.
Washington, DC  20005

**Notice will be electronically mailed to:**
Mr. Philip A. Burian: pburian@simmonsperrine.com, mlarson@simmonsperrine.com
Ms. Espnola Cartmill: efcartmill@belinmccormick.com, solson@belinmccormick.com
Ms. Terri Combs: terri.combs@faegrebd.com, paulette.ohnemus@faegrebd.com,Elizabeth.thompson@faegrebd.com
Mr. Cameron A. Davidson: cdavidson@pdoflegal.com, asmith@pdoflegal.com,awright@pdoflegal.com,pmaas@pdoflegal.com,jwright@pdoflegal.com
Mr. Calvin Hammock: i.amreborn@yahoo.com
Ms. Amanda A. James: ajames@sullivan-ward.com, tedman@sullivan-ward.com
Ms. Kelsey J. Knowles: kjknowles@belinmccormick.com, solson@belinmccormick.com
Mr. Todd M. Lantz: tlantz@weinhardtlogan.com, mbaldus@weinhardtlogan.com,lkreutzman@weinhardtlogan.com
Ms. Mary Clare Luxa: mary.luxa@usdoj.gov, usaias.nef8circuit@usdoj.gov,jan.beane@usdoj.gov,dawn.thomas@usdoj.gov,shelly.robertson@usdoj.gov,kathy.ryan@usdoj.gov
Mr. Dennis L. Puckett: dpuckett@sullivan-ward.com, tedman@sullivan-ward.com
Mr. Michael R. Reck: mrreck@belinmccormick.com, abrenizer@belinmccormick.com,tpodliska@belinmccormick.com
Mr. Mark E. Weinhardt: mweinhardt@weinhardtlogan.com, lkreutzman@weinhardtlogan.com,mbaldus@weinhardtlogan.com