16-1301  Calvin Hammock v. NASA Headquarters, et al

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 04/22/2016

**Case Name:**  Calvin Hammock v. NASA Headquarters, et al
**Case Number:**  16-1301

**Docket Text:**
Paper copies Appellee/Respondent brief, [4389504-2] filed by Virgin Mobile 10 paper copies received.
**Reply brief of Calvin Hammock due 05/10/2016** [4392398] [16-1301]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Calvin Hammock: i.amreborn@yahoo.com
Mr. Philip A. Burian: pburian@simmonsperrine.com, mlarson@simmonsperrine.com
Ms. Espnola Cartmill: efcartmill@belinmccormick.com, solson@belinmccormick.com
Ms. Terri Combs: terri.combs@faegrebd.com,
paulette.ohnemus@faegrebd.com,Elizabeth.thompson@faegrebd.com
Mr. Cameron A. Davidson: cdavidson@pdoflegal.com,
asmith@pdoflegal.com,awright@pdoflegal.com,pmaas@pdoflegal.com,jwright@pdoflegal.com
Ms. Amanda A. James: ajames@sullivan-ward.com, tedman@sullivan-ward.com
Ms. Kelsey J. Knowles: kjknowles@belinmccormick.com, solson@belinmccormick.com
Mr. Todd M. Lantz: tlantz@weinhardtlogan.com,
mbaldus@weinhardtlogan.com,lkreutzman@weinhardtlogan.com
Ms. Mary Clare Luxa: mary.luxa@usdoj.gov,
usaias.nef8circuit@usdoj.gov,jan.beane@usdoj.gov,dawn.thomas@usdoj.gov,shelly.robertson@usdoj.gov,kathy.ryan@usdoj.gov
Mr. Dennis L. Puckett: dpuckett@sullivan-ward.com, tedman@sullivan-ward.com
Mr. Michael R. Reck: mrreck@belinmccormick.com,
abrenizer@belinmccormick.com,tpodliska@belinmccormick.com
Mr. Mark E. Weinhardt: mweinhardt@weinhardtlogan.com,
lkreutzman@weinhardtlogan.com,mbaldus@weinhardtlogan.com