IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| CALVIN HAMMOCK, | ) | |
| | ) | APPEAL NO. 16-1301 |
| Plaintiff - Appellant, | ) | |
| | ) | APPELLEE'S MOTION |
| v. | ) | FOR ENLARGEMENT |
| | ) | OF TIME TO FILE BRIEF |
| NASA HEADQUARTERS, et al, | ) | |
| | ) | |
| Defendant - Appellee. | ) | |

COMES NOW the United States of America and pursuant to Federal Rule of Appellate Procedure 26(b), moves for an enlargement of time for the filing of Appellee's Brief, and for good cause in support of this motion states the following:

1.  Defendant/Appellant's Brief was filed on March 16, 2016.

2.  Appellee's Brief is currently due on April 29, 2016.

3.  One extension has been granted to the government.

4.  Defendant/Appellant will not be prejudiced by the requested extension.

5.	The undersigned has recently been appointed as the Appellate Chief for the Southern District of Iowa and continues to carry a full civil caseload, including all § 2255 motions.  Due to these increased responsibilities, the undersigned needs additional time to complete this brief.

WHEREFORE, Appellee respectfully seeks a two-week extension to May 13, 2016, in which to file its brief.

Respectfully submitted,

United States of America

Kevin E. VanderSchel
Acting United States Attorney

By: */s/ Mary C. Luxa*
Mary C. Luxa
Assistant United States Attorney

U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9282

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/Dawn Thomas*
Paralegal Specialist
