# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-1301

Calvin Hammock

Appellant

v.

NASA Headquarters, et al.

Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:15-cv-00111-JAJ)
_____

**ORDER**

Appellee's motion for extension of time to file the brief is granted. Appellee may have until May 13, 2016 to file the brief.

April 28, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans