## IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| CALVIN HAMMOCK,<br><br>    Plaintiff/Appellant,<br><br>v.<br><br>NASA HEADQUARTERS, CHARLES BOLDEN ADMINISTRATOR; DEPARTMENT OF DEFENSE, SECRETARY OF DEFENSE; SPACE EXPLORATION TECHNOLOGIES SPACE X; APPLE; BLACKBERRY (CURVE) CORPORATION; VIRGIN MOBILE; MEDIACOM WIFI; AMERICAN WATER IOWA; ANY YET UN-IDENTIFIED ENTITIES, PERSONS, SATELLITES, GOVT. AGENCIES, GOVT. TECHNOLOGIES, INTER AGENCIES, FUSION CENTER PARTICIPANT PARTNERS CORPORATIONS, COMPANIES, SOFTWARE USED BY AND WITH STATE ACTORS AND TEMPORARY STATE ACTORS,<br><br>    Defendants/Appellees. | Case No. 16-1301 |

## **NOTICE OF FIRM NAME CHANGE**

PLEASE TAKE NOTICE that counsel for Defendant-Appellee, Space Exploration Technologies Space X, has changed its firm name, from Pappas Davidson O'Connor & Fildes, P.C. to:

PAPPAS O'CONNOR, P.C.

Dated: June 23, 2016

Respectfully submitted,
PAPPAS O'CONNOR, P.C.

*/s/    Cameron A. Davidson*
Cameron A. Davidson
Attorney for Space Exploration Technologies
1617 Second Avenue, Suite 300
Rock Island, IL 61201
Telephone: (309)788-7110
Facsimile: (309)788-2773
Email: cdavidson@pappasoconnor.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's EDMS system. Parties may access this filing through the Court's system.

Calvin Hammock
5106 Brown Street
Davenport, IA  52806
*Pro Se Plaintiff*
(via U.S. Mail)

Mary C. Luxa
Assistant United States Attorney
U.S. Courthouse Annex, 2nd Floor
110 E. Court Avenue
Des Moines, IA  50309
*Attorneys for Department of Defense and NASA Headquarters*
(via Electronic Filing System)

Mark E. Weinhardt
Todd M. Lantz
Weinhardt & Logan, P.C.
2600 Grand Avenue, Suite 450
Des Moines, IA  50312
*Attorneys for Defendant Blackberry (Curve) Corporation*
(via Electronic Filing System)

Philip A. Burian
Simmons, Perrine, Moyer & Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA  52401
*Attorneys for Apple, Inc.*
(via Electronic Filing System)

Dennis L. Puckett
Amanda A. James
Sullivan & Ward, P.C.
6601 Westown Parkway, Suite 200
West Des Moines, IA  50266
*Attorney for American Water Iowa*
(via Electronic Filing System)

Terri L. Combs
Elizabeth J. Thompson
Faegre Baker Daniels, LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA  50309
*Attorneys for MCC Iowa, LLC d/b/a Mediacom*
(via Electronic Filing System)

Michael R. Reck
Kelsey J. Knowles
Espnola F. Cartmill
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
*Attorneys for Virgin Mobile*
(via Electronic Filing System)

>  */s/     Cameron A. Davidson*
> ATTORNEY FOR DEFENDANT-APPELLEE,
> SPACE EXPLORATION TECHNOLOGIES SPACE X

3