Calvin Hammock

Plaintiff - Appellant

v.

NASA Headquarters; Department of Defense; Space Exploration Technologies Space X; Apple; Blackberry (Curve) Corporation; Virgin Mobile; Mediacom WiFi; American Water Iowa; Unknown Defendants

Defendants - Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:15-cv-00111-JAJ)
_____

**JUDGMENT**

Before LOKEN, BOWMAN and MURPHY, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

                                  October 04, 2016

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Michael E. Gans