# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-1301

Calvin Hammock

Appellant

v.

NASA Headquarters, et al.

Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:15-cv-00111-JAJ)
_____

**MANDATE**

In accordance with the opinion and judgment of 10/04/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 28, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit