# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 3, 2017

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

    Re:  Calvin Hammock
           v. NASA Headquarters, et al.
           No. 16-1050
           (Your No. 16-1301)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 28, 2016 and placed on the docket March 3, 2017 as No. 16-1050.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst