# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 15, 2017

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Calvin Hammock
v. NASA Headquarters, et al.
No. 16-1050
(Your No. 16-1301)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk