# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

## MEMORANDUM

**TO:** Ms. Marjorie Krahn

**FROM:** Michael E. Gans, Clerk of Court

**DATE:** May 24, 2017

**RE:** 16-1301  Calvin Hammock v. NASA Headquarters, et al

District Court/Agency Case Number(s):  3:15-cv-00111-JAJ

___

    Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

SRD